**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

---

**No. 97-31027**

---

**NOOR BEGUM KARIM, Wife of Fazal Karim; FAZAL KARIM,**

**Plaintiffs - Appellants,**

**VERSUS**

**FINCH SHIPPING COMPANY, LTD., ET AL.,**

**Defendants**

**BARWIL AGENCIES (N.A.) LTD.; BPE INC;**
**FINCH SHIPPING COMPANY, LTD.**

**Defendants - Appellees.**

---

Appeal from the United States District Court
for the Eastern District of Louisiana
(95-CV-4169-L)

---

March 22, 1999

Before REYNALDO G. GARZA, JONES, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

   We have carefully considered the briefs, the record excerpts and relevant portions of the record itself.  For the reasons stated by the district court in its Memorandum and Order filed under date of July 31, 1997, we AFFIRM the grant of summary judgment in favor

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

of Barwil Agencies (N.A.) Ltd. and BPE, Inc. on the cross-claims filed by Finch Shipping Company, Ltd. as "in rem defendant" and tendered for the benefits of the plaintiffs pursuant to Fed. R. Civ. P. 14(c).

IT IS FURTHER ORDERED that the motion of appellee, Barwil Agencies, Ltd., for award of damages and costs pursuant to Fed. R. App. P. 38 is DENIED.

IT IS FURTHER ORDERED that the motion of appellee, Barwil Agencies, Ltd., for sanctions against appellants is DENIED.

IT IS FURTHER ORDERED that the motion of appellee, Barwil Agencies, Ltd. for award of attorneys' fees is DENIED.

IT IS FURTHER ORDERED that appellant's pending motions are DENIED as moot.